UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA PETER,<br><br>   Plaintiff<br><br>v.<br><br>SUSAN DIANE WOJCICKI, et al.,<br><br>   Defendants | Case No.: 2:21-cv-02026-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case Without Prejudice**<br><br>[ECF No. 5] |

On December 21, 2021, Magistrate Judge Youchah recommended that I dismiss this case for lack of personal jurisdiction. ECF No. 5. Plaintiff Maria Peter did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 5) is accepted** and plaintiff Maria Peter's complaint (ECF No. 4-1) is dismissed without prejudice for lack of personal jurisdiction. The clerk of court is instructed to close this case.

DATED this 11th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE